# Court of Appeals
# of the State of Georgia

ATLANTA,  January 16, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0813. DWAYNE L. MEADOWS v. THE STATE.**

In this criminal case, the trial court entered an order on September 30, 2019, dismissing two motions to vacate a void or illegal sentence filed by defendant Dwayne L. Meadows. On October 17, 2019, Meadows filed a timely notice of appeal seeking review of the September 30 order. That appeal has been docketed in this Court as Case No. A20A0637. On November 4, 2019, Meadows filed a second notice of appeal, again seeking review of the September 30 order. That appeal has been docketed in this Court as the instant case, No. A20A0813.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Meadows's notice of appeal in Case No. A20A0813 is untimely, as it was filed 35 days after entry of the trial court's September 30 order. The appeal in Case No. A20A0813 also is duplicative of the currently pending appeal in Case No. A20A0637.

Consequently, Case No. A20A0813 is hereby DISMISSED as untimely and superfluous. The parties are DIRECTED to submit all future filings in this appeal under Case No. A20A0637.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   01/16/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*